UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
LBBW LUXEMBURG S.A.,                          :     12-cv-07311 (JPO)
                                              :
    Plaintiff,                               :     ECF Case
                                              :
v.                                            :
                                              :     **NOTICE OF PLAINTIFF LBBW**
WELLS FARGO SECURITIES LLC, f/k/a             :     **LUXEMBURG S.A.'S AMENDED**
WACHOVIA CAPITAL MARKETS LLC, and             :     **MOTION FOR**
FORTIS SECURITIES LLC,                        :     **SUBSTITUTION OF PLAINTIFF**
                                              :
    Defendants.                              :
----------------------------------------------------------x

       PLEASE TAKE NOTE that upon (i) the accompanying Memorandum of Law in Support of Plaintiff LBBW Luxemburg S.A.'s Amended Motion for Substitution of Plaintiff, (ii) the declaration of Megan Bibb and the exhibits annexed thereto, and (iii) all prior proceedings and matters of record in this case, Plaintiff LBBW Luxemburg S.A. by and through its undersigned counsel, will move the Court before the Honorable J. Paul Oetken, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time determined by the Court, for an order granting Plaintiff leave to substitute Landesbank Baden-Württemberg as the plaintiff in light of a recent merger.

1

Dated:  March 31, 2016

        Respectfully submitted,

        Sharad A. Samy
        The Law Offices of Sharad A. Samy LLC
        Federal I.D. No. SS7247
        21 Nickerson Lane
        Darien, CT 06820

        OF COUNSEL:

        */s/ Megan Bibb*
        David Warden
        Texas Bar No. 20856750
        Joseph Y. Ahmad
        Texas Bar No. 00941100
        joeahmad@azalaw.com
        dwarden@azalaw.com
        Jamie A. Aycock
        Texas Bar No. 24050241
        jamieaycock@azalaw.com
        Megan Bibb
        Texas Bar No. 24073924
        mbibb@azalaw.com
        AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
        MENSING, P.C.
        1221 McKinney Street, Suite 2500
        Houston, TX 77010
        Telephone: 713-655-1101
        Facsimile: 713-655-0062

        *Attorneys for Plaintiff LBBW Luxemburg S.A.*

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.

>/s/ Megan Bibb
> Megan Bibb

4830-5730-0527, v. 1