# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

July 6, 2018

Direct Number: (212) 326-3688
APMCBRIDE@JONESDAY.COM

**VIA ECF & HAND DELIVERY**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Room 2101
40 Foley Square
New York, NY 10007

Re:   *LBBW Luxemburg S.A. v. Wells Fargo Securities LLC et al.,*
      *Case No. 12-07311 (JPO)*

Dear Judge Oetken:

I have appeared as an attorney for the Defendants in the above-captioned action. I write this letter to request permission to withdraw my appearance in this action. As of July 9, 2018, I will no longer be associated with the law firm of Jones Day.

The law firm of Jones Day continues to serve as counsel for the Defendants in this action through the additional attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Accordingly, I respectfully request the Court endorse this letter permitting me to withdraw as counsel for the Wells Fargo Defendants in this action, and that the Clerk be directed to remove me from the electronic notice list for this action.

Hon. J. Paul Oetken
July 6, 2018
Page 2

    Thank you for your assistance.

                                      Respectfully,

                                      */s/ Alexander P. McBride*

                                    Jayant W. Tambe
                                    Howard F. Sidman
                                    Alex P. McBride
                                    Amanda L. Dollinger
                                    JONES DAY
                                    250 Vesey Street
                                    New York, New York 10281
                                    Telephone: (212) 326-3939

                                    *Attorneys for Defendants Wells Fargo*
                                    *Securities, LLC and Fortis Securities LLC*

cc:    All counsel of record (via ECF)